UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BROADCAST MUSIC, INC.; EVIL EYE MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SONY/ATV SONGS LLC; FALL OUT BOY INC. d/b/a CHICAGO X SOFTCORE SONGS; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; FOX-GIMBEL PRODUCTIONS, INC.; RODALI MUSIC; PAUL SIMON MUSIC; RIO BRAVO MUSIC, INC.; CYANIDE PUBLISHING; WARNER-TAMERLANE PUBLISHING CORP.; SONGS OF UNIVERSAL, INC.; CROOKED CHIMNEY MUSIC INC.; ESCATAWPA SONGS; UNIVERSAL MUSIC-Z TUNES LLC d/b/a UNIVERSAL MUSIC Z SONGS, | **CIVIL ACTION NO.: 12 CV 7589** |
| Plaintiffs, | |
| v. | |
| P. O. K. TRAIN STATION, LLC d/b/a EMMETT MAHONEY'S IRISH PUB & STEAKHOUSE a/k/a MAHONEY'S IRISH PUB & STEAKHHOUSE, VASOS C. CONSTANTINIDES, individually, | |
| Defendants. | |

---

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and based on the settlement agreement between the parties hereto, Plaintiffs, by and through their counsel of record, hereby give notice that the instant action is voluntarily dismissed with prejudice. Defendants have not filed any

#1939643 v1
110887-81744

pleading responsive to the Complaint.

Dated:  September 13, 2013        Respectfully submitted,

                                                    GIBBONS, P.C.

                                                    By: //s// Catherine M. Clayton
                                                         Catherine M. Clayton (CC5575)
                                                    One Penn Plaza, 37th Floor
                                                    New York, NY 10119
                                                    Tel: 212-613-2071
                                                    Fax: 212-554-9651
                                                    E-Mail: cclayton@gibbonslaw.com
                                                    *Attorneys for Plaintiffs*